# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-497
LT Case No. 2007-CF-15405-A
_____

ELISHA THOMAS, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Elisha Thomas, Jr.,, Milton, pro se.

Ashley Moody, Attorney General, and Damaris E. Reynolds, Assistant Attorney General, Tallahassee, for Appellee.

November 7, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————